1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| PHILLIP SIMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:12-cv-2702-JAM-AC<br><br>**PROTECTIVE ORDER ADOPTING PARTIES' STIPULATION REGARDING CONFIDENTIAL INFORMATION**<br><br>Complaint Filed:  September 19, 2012<br>FAC Filed:  July 22, 2013<br>Action Removed:  November 2, 2012 |
|---|---|

Having considered the parties' Stipulation Regarding Confidential Information (the "Stipulation"), and upon a finding of good cause, the Court hereby adopts the Stipulation, attached hereto as Exhibit A, as its Protective Order in this action.

IT IS SO ORDERED.

DATED: 11/27/2013                              /s/ John A. Mendez_____
                                                                        HON. JOHN A. MENDEZ
                                                                        United States District Court Judge

Submitted by:

PAUL HASTINGS LLP
GEORGE W. ABELE
ELIZABETH A. BROWN
MARIO C. ORTEGA

By:   _/s/ Elizabeth A. Brown___
            Elizabeth A. Brown