UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SIMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.  2:12-cv-2702-JAM-AC<br><br>**ORDER CONTINUING HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION**<br><br>**(AS MODIFIED BY THE COURT)** |

# **ORDER**

On the parties' Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1. The hearing on Plaintiff's motion for class certification (the "Motion") is hereby continued from October 15, 2014 to November 19, 2014 at 9:30 a.m.;

2. Plaintiff's deadline to file his Motion is hereby continued from September 17, 2014 to October 22, 2014;

3. Defendant AT&T Mobility Services LLC shall file its opposition to Plaintiff's Motion, and Plaintiff shall file his reply in support of the Motion, according to Rule 230 of this Court's Local Rules; and

4. The parties shall file an updated joint status report within 30 days of the Court's ruling on Plaintiff's Motion.

**IT IS SO ORDERED.**

DATED: 8/4/2014                         /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ
                                        United States District Court Judge

1  Submitted by:

2  PAUL HASTINGS LLP
   GEORGE W. ABELE
3  CAMERON W. FOX
   HALEY M. MORRISON
4  MARIO C. ORTEGA

5
   By:    /s/ George W. Abele
6              GEORGE W. ABELE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-2-    ORDER CONTINUING HEARING AND
       BRIEFING SCHEDULE ON PLAINTIFF'S
       MOTION FOR CLASS CERTIFICATION

LEGAL_US_W # 79403505.1