1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10

11  PHILLIP SIMS, individually and on          CASE NO.   2:12-cv-2702-JAM-AC
    behalf of all others similarly situated,
12                                             **ORDER CONTINUING HEARING**
                     Plaintiff,                **AND BRIEFING SCHEDULE ON**
13                                             **PLAINTIFF'S MOTION FOR**
                                               **CLASS CERTIFICATION**
14           vs.

15
    AT&T MOBILITY SERVICES LLC, a
16  Delaware limited liability company;
    and DOES 1 through 10, inclusive,
17
                     Defendants.
18

19
20
21
22
23
24
25
26
27
28

## ORDER

On the parties' Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1.      The hearing on Plaintiff's motion for class certification (the "Motion") is hereby continued from November 19, 2014 to December 17, 2014 at 9:30 a.m.;

2.      Plaintiff's deadline to file his Motion is hereby continued from October 22, 2014 to November 19, 2014.

3.      Defendant AT&T Mobility Services LLC shall file its opposition to Plaintiff's Motion, and Plaintiff shall file his reply in support of the Motion, according to Rule 230 of this Court's Local Rules; and

4.      The parties shall file an updated joint status report within 30 days of the Court's ruling on Plaintiff's Motion.

**IT IS SO ORDERED.**

DATED:  10/7/2014                          /s/ John A. Mendez_____
                                                     HON. JOHN A. MENDEZ
                                                     United States District Court Judge

LEGAL_US_W # 80052956.1

1    Submitted by:

2    PAUL HASTINGS LLP
     GEORGE W. ABELE
3    CAMERON W. FOX
     HALEY M. MORRISON
4    MARIO C. ORTEGA

5
     By:    _____/s/ Mario C. Ortega_____
6                   MARIO C. ORTEGA

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                -2-         ORDER CONTINUING HEARING AND
                                            BRIEFING SCHEDULE ON PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION