GEORGE W. ABELE (SB# 149846)
georgeabele@paulhastings.com
CAMERON W. FOX (SB# 218116)
cameronfox@paulhastings.com
MARIO C. ORTEGA (SB# 272455)
marioortega@paulhastings.com
PAUL HASTINGS LLP
515 South Flower Street
Twenty-Fifth Floor
Los Angeles, CA  90071-2228
Telephone:  1(213) 683-6000
Facsimile:  1(213) 627-0705

HALEY M. MORRISON (SB# 259913)
haleymorrison@paulhastings.com
PAUL HASTINGS LLP
4747 Executive Drive
12th Floor
San Diego, CA  92121
Telephone: 1(858) 458-3000
Facsimile: 1(858) 458-3005

Attorneys for Defendant
AT&T MOBILITY SERVICES LLC

**[Counsel for Plaintiff listed on following page]**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP SIMS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AT&T MOBILITY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO.   2:12-cv-2702-JAM-AC<br><br>**STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION** |

Dimitrios V. Korovilas (SB# 247230)
Jason M. Wucetich (SB# 222113)
Wucetich & Korovilas LLP
222 North Sepulveda Boulevard, Suite 2000
El Segundo, CA 90245
Telephone:  (310) 335-2001
Facsimile:  (310) 364-5201

Thomas W. Falvey (SB# 65744)
Michael H. Boyamian (SB# 256107)
Law Offices of Thomas W. Falvey
550 North Brand Boulevard, Suite 1500
Glendale, CA 91203
Telephone:  (626) 795-0205
Facsimile:  (626) 795-3096

Marvin E. Krakow (SB# 81228)
Michael S. Morrison (SB# 205320)
Alexander Krakow & Glick LLP
401 Wilshire Boulevard, Suite 1000
Santa Monica, CA 90401
Telephone:  (310) 394-0888
Facsimile:  (310) 394-0811

Attorneys for Plaintiff
PHILLIP SIMS

1

## **STIPULATION**

2          Plaintiff Phillip Sims ("Plaintiff") and Defendant AT&T Mobility

3  Services LLC ("AT&T," or the "Company"), through their respective counsel,

4  hereby stipulate and request as follows:

5          WHEREAS, on April 2, 2014, the Court issued a minute order:

6  (1) setting Plaintiff's contemplated motion for class certification (the "Motion") for

7  hearing on October 15, 2014; (2) directing Plaintiff to file his Motion no later than

8  September 17, 2014; (3) ordering the parties to file their opposition and reply briefs

9  "in accord with Local Rule 230"; and (4) directing the parties to file an updated

10  joint status report "[w]ithin 30 days of the Court[']s ruling on the motion for class

11  certification."

12          WHEREAS, based on the parties' stipulation, the Court has since

13  continued the hearing on Plaintiff's Motion to December 17, 2014, and continued

14  Plaintiff's deadline to file his Motion, to November 19, 2014.

15          WHEREAS, settlement discussions are ongoing, and the parties

16  require additional time to explore a potential resolution of this matter.

17          WHEREAS, the parties agree that an extension of the class

18  certification deadlines, by approximately 60 days, will not prejudice either of the

19  parties.

20          WHEREAS, the parties expect they will know by January 2015

21  whether or not this dispute will be settled, and thus do not anticipate any further

22  requests for a continuance of the class certification deadlines.

23

24          NOW, THEREFORE, THE PARTIES HEREBY STIPULATE AND

25  REQUEST as follows:

26          1.      That the Court continue the hearing on Plaintiff's Motion, from

27  December 17, 2014 to February 17, 2015, or some date thereafter that is convenient

28  for the Court;

-1-

1        2.    That the Court continue Plaintiff's deadline to file his Motion,

2  from November 19, 2014 to a date that is approximately 28 days prior to the new

3  hearing date; and

4        3.    That the Court direct the parties to file their opposition and reply

5  briefs "in accord with Local Rule 230," and to file an updated joint status report

6  "[w]ithin 30 days of the Court[']s ruling on the motion for class certification," as

7  the Court previously directed in its April 2, 2014 order.

8

9            **IT IS SO STIPULATED.**

10

   DATED: November   , 2014   PAUL HASTINGS LLP

11                           GEORGE W. ABELE

                            CAMERON W. FOX

12                           HALEY M. MORRISON

                            MARIO C. ORTEGA

13

14

15                   By:_____

                            MARIO C. ORTEGA

16

                 Attorneys for Defendant

17                   AT&T MOBILITY SERVICES LLC

18  DATED: November   , 2014   LAW OFFICES OF THOMAS W. FALVEY

                         ALEXANDER KRAKOW + GLICK LLP

19                           WUCETICH & KOROVILAS LLP

20

21                   By:_____

22                            MICHAEL S. MORRISON

23                   Attorneys for Plaintiff

                 PHILLIP SIMS

24

25

26

27

28

LEGAL_US_W # 80296311.1

STIPULATION TO CONTINUE
HEARING AND BRIEFING SCHEDULE
ON MOTION FOR CLASS CERTIFICATION

1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9            EASTERN DISTRICT OF CALIFORNIA
10

11   PHILLIP SIMS, individually and on         CASE NO.   2:12-cv-2702-JAM-AC
     behalf of all others similarly situated,
12                                             **ORDER CONTINUING HEARING**
                        Plaintiff,             **AND BRIEFING SCHEDULE ON**
13                                             **PLAINTIFF'S MOTION FOR**
                                               **CLASS CERTIFICATION**
14          vs.
15
     AT&T MOBILITY SERVICES LLC, a
16   Delaware limited liability company;
     and DOES 1 through 10, inclusive,
17
                        Defendants.
18
19
20
21
22
23
24
25
26
27
28

# ORDER

On the parties' Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that:

1.      The hearing on Plaintiff's motion for class certification (the "Motion") is hereby continued from December 17, 2014 to February 25, 2015, at 9:30 a.m.;

2.      Plaintiff's deadline to file his Motion is hereby continued from November 19, 2014 to January 28, 2015;

3.      Defendant AT&T Mobility Services LLC shall file its opposition to Plaintiff's Motion, and Plaintiff shall file his reply in support of the Motion, according to Rule 230 of this Court's Local Rules; and

4.      The parties shall file an updated joint status report within 30 days of the Court's ruling on Plaintiff's Motion.

**IT IS SO ORDERED.**

DATED:  November 12, 2014                    /s/ John A. Mendez_____
                                             HON. JOHN A. MENDEZ
                                             United States District Court Judge


Submitted by:

PAUL HASTINGS LLP
GEORGE W. ABELE
CAMERON W. FOX
HALEY M. MORRISON
MARIO C. ORTEGA


By:      /s/ Mario C. Ortega_____
              MARIO C. ORTEGA

-1-

ORDER CONTINUING HEARING AND
BRIEFING SCHEDULE ON PLAINTIFF'S
MOTION FOR CLASS CERTIFICATION

LEGAL_US_W # 80296448.1