1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| PHILLIP SIMS, individually and on behalf of all others similarly situated, | CASE NO.  2:12-cv-2702-JAM-AC |
|---|---|
| Plaintiff, | **ORDER CONTINUING DEADLINE TO FILE DISMISSAL PAPERS** |
| vs. | |
| AT&T MOBILITY SERVICES LLC, a Delaware limited liability company; and DOES 1 through 10, inclusive, | |
| Defendants. | |

# **ORDER**

On the parties' Stipulation, and good cause appearing therefor, IT IS HEREBY ORDERED that the parties' March 16, 2015 deadline to submit dismissal papers for the Court's approval is continued to April 6, 2015.

**IT IS SO ORDERED.**

DATED:  3/16/2015                              /s/ John A. Mendez_____
                                               HON. JOHN A. MENDEZ
                                               United States District Court Judge


Submitted by:

PAUL HASTINGS LLP
GEORGE W. ABELE
CAMERON W. FOX
HALEY M. MORRISON
MARIO C. ORTEGA

By:     ___/s/ Mario C. Ortega_____
             MARIO C. ORTEGA